UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MELISSA V. PIERCE,**

    **Plaintiff,**

v.                                    Case No: 6:21-cv-398-GKS-PDB

**ACTING COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

## ORDER

THIS CAUSE comes before the Court upon Plaintiff, Melissa V. Pierce's, Uncontested Motion for Attorney's Fees (Motion), filed December 16, 2021 (Doc. 27), seeking an award of attorney's fees in the amount of $657.35. The Court referred the Motion to the United States Magistrate Judge for a report and recommendation (Report and Recommendation). Defendant, the Acting Commissioner of Social Security, has not opposed the Motion.

Therefore, having reviewed and considered the Report and Recommendation (Doc. 28) entered on December 28, 2021, and there being no objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

    1. United States Magistrate Judge Patricia D. Barksdale's Report and

Recommendation (Doc. 28) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff is eligible to receive an Equal Access to Justice Act award as a prevailing party and the requested attorney's fee is reasonable. Plaintiff's Unopposed Motion for Attorney's Fees, (Doc. 27), is **GRANTED**, in accordance with 28 U.S.C. § 2412, in the amount of $657.35.

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly, in favor of Plaintiff, Melissa V. Pierce, and against Defendant, the Acting Commissioner of Social Security.

**DONE AND ORDERED** at Orlando, Florida, this 5 day of January, 2022.

---
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties